# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Ernesto RODRIGUEZ (DOB: 02/22/1973) | ) ) ) Case No. 1:21 MJ206 ) ) ) |



FILED JUL 02 2021 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

Ernesto RODRIGUEZ (DOB: 02/22/1973)
(See Attachment A-2)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 24, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Joi Elizabeth Peake_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  6/10/2021  7:43pm          *[signature]*
Judge's signature

City and state:  Winston-Salem, North Carolina          Joi Elizabeth Peake, U. S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:21MJ206 | Date and time warrant executed: 6/11/2021 8:30 AM | Copy of warrant and inventory left with: ERNESTO RODRIGUEZ |
| Inventory made in the presence of : ERNESTO RODRIGUEZ | | |

Inventory of the property taken and name(s) of any person(s) seized:

ERNESTO RODRIGUEZ, DETAINED & RELEASED ON-SCENE AT CONCLUSION OF SEARCH WARRANT

- LG SMART CELLPHONE SEIZED FROM SUSPECT'S CONSTRUCTIVE POSSESSION (BED)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/23/2021

Executing officer's signature

Zachary M. Neefe, Special Agent - H.S.I.
Printed name and title

## ATTACHMENT A-2

## DESCRIPTION OF PERSON TO BE SEARCHED

It is respectfully requested that this court grants permission to search the person of Ernesto RODRIGUEZ (DOB: 02/22/1973), provided that this person is located within the Middle District of North Carolina at the time of the search. This search would include computers and storage media found on RODRIGUEZ's person.



*Ernesto NMN RODRIGUEZ's undated NCDMV Photograph*
*Date of Birth: 02/22/1973.*

46

## ATTACHMENT B

## ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Section 2252A:

1. Computers or storage media used as a means to commit the violations described above.

2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which are stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as

47

well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crime(s) under investigation and to the computer user;

e. evidence indicating the computer user's knowledge and/or intent as it relates to the crime(s) under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies,

48

"bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

m. contextual information necessary to understand the evidence described in this attachment.

3. Routers, modems, and network equipment used to connect computers to the Internet.

4. Child pornography and child erotica.

5. Records, information, and items relating to violations of the statutes described above including:

   a. Records, information, and items relating to the occupancy or ownership of the SUBJECT PREMISES, 3030 Northwood Dr., Apt. 1309, Winston-Salem, NC 27106, including utility and telephone bills, mail envelopes, or addressed correspondence;

   b. Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;

   c. Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

49

d. Records, information, and items relating to the occupancy or ownership of the SUBJECT VEHICLE, a 2011 Toyota Prius (with assigned NC Registration Plate: TCH-6788);

e. Records and information relating to the sexual exploitation of children, including correspondence and communications between users of websites dedicated to child pornography;

f. Records and information showing access to and/or use of websites dedicated to child pornography; and

g. Records and information relating or pertaining to the identity of the person or persons using or associated with a digital currency identifier: 5860940c33253e60f5878a47.

h. Records and information related to Bitcoin (BTC), including:

   i. any and all representations of BTC public keys or addresses;

   ii. any and all representations of BTC private keys, whether in electronic or physical format;

   iii. any and all representations of BTC wallets or their constitutive parts, whether in electronic or physical format, to include "root keys" which may be used to regenerate a wallet;

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any

50

mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, smartphones, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro SD cards, macro SD cards, DVDs, gaming systems, SIM cards, cellular phones capable of storage, floppy disks, compact discs, magnetic tapes, memory cards, memory chips, and other magnetic or optical media.

Case 1:21-mj-00206-JEP    Document 3    Filed 06/23/21    Page 8 of 8